# **<u>EXHIBIT A</u>**

JS 44 (Rev. 10/06) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet: (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Samuel G. Breitling

Jo Ann Breitling

**DEFENDANTS**
LNV Corporation, MGC Mortgage, Inc., Dovenmuehle Mortgage, Inc., and Codilis & Stawiarski, P.C.

**(b)** County of Residence of First Listed Plaintiff: <u>Dallas County, Texas</u>
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: <u>Collin County, Texas</u>

**(c)** Attorneys (Firm Name, Address, And Telephone Number)
J.D. Milks
MCKENZIE, SCHATZ & MILKS, PLLC
1615 W. Abram Street, Suite 110
Arlington, Texas 76013
Tel. (817) 653-4240

Attorneys (If Known)
LNV Corporation, MGC Mortgage, Inc., and Dovenmuehle Mortgage, Inc.
Robert T. Mowrey, Jason L. Sanders, Marc D. Cabrera
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200, Dallas, Texas 75201
T: (214) 740-8000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One For Plaintiff and One Box for Defendant) (for Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐` 365 Personal Injury-- Product Liability | ☐ 625 Drug Related Seizure of Property 21 U.S.C. 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contracts | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395 ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS--Third Party 26 U.S.C. 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment | ☐ 540 Mandamus & Other | | | |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 28 U.S.C. §§ 1331 and 1446

Brief description of cause: Plaintiffs assert state and federal claims related to the foreclosure of real property.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P 23
**DEMAND** Unknown.
CHECK YES only if demanded in complaint
**JURY DEMAND**: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE <u>Judge Barbara M. G. Lynn</u> DOCKET NUMBER <u>3:14-cv-3322-M</u>

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| March 3, 2015 | */s/ Marc D. Cabrera* |

**FOR OFFICE USE ONLY**

Receipt # _____ Amount _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# United States District Court
## Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case No. |
   | --- | --- |
   | 101st Judicial District Court, Dallas County, Texas | Cause No. DC-14-09604 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   | --- | --- |
   | Plaintiffs Samuel G. Breitling and Jo Ann Breitling | J.D. MILKS<br>Texas Bar No. 24045106<br>MCKENZIE, SCHATZ & MILKS, PLLC<br>1615 W. Abram Street, Suite 110<br>Arlington, Texas 76013<br>Tel. (817) 653-4240<br>Fax. (817) 687-7040 |

| | |
|---|---|
| Defendants LNV Corporation, MGC Mortgage, Inc., and Dovenmuehle Mortgage, Inc. | Robert T. Mowrey<br>  State Bar No. 14607500<br>  rmowrey@lockelord.com<br>Jason L. Sanders<br>  State Bar No. 24037428<br>  jsanders@lockelord.com<br>Marc D. Cabrera<br>  State Bar No. 24069453<br>  mcabrera@lockelord.com<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201-3095<br>T: (214) 740-8000 |
| Defendant Codilis & Stawiarski, P.C. | Clayton E. Devin<br>  State Bar No. 05787700<br>  CDevin@MacdonaldDevin.com<br>John R. Sigety<br>  State Bar No. 24083853<br>  JSigety@MacdonaldDevin.com<br>MACDONALD DEVIN, P.C.<br>3800 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270-2130<br>214.744.3300 Telephone<br>214.747.0942 Facsimile |

**3.   Jury Demand:**

Was a Jury Demand made in State Court?   ☐ Yes   ☒ No

If "Yes," by which party and on what date?

**Party**                                    **Date**


**4.   Answer:**

Was an Answer made in State Court?   ☒ Yes   ☐ No

If "Yes," by which party and on what date?

| **Party** | **Date** |
|---|---|
| Defendants LNV Corporation, MGC Mortgage, Inc., and Dovenmuehle Mortgage, Inc. | February 20, 2015 |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| Judge Dale B. Tillery | Nonsuit. |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiffs Samuel G. Breitling and Jo Ann Breitling | Plaintiffs seek to preclude the foreclosure sale of the real property located at 1704 Cornwall Lane, Sachse, Texas 75048 (the "Property"). Plaintiffs assert claims against for fraud, conspiracy, and quiet title, as well as violations of the Fair Debt Collection Practices Act, the Texas Debt Collection Practices Act, the Real Estate Settlement Procedures Act, and the Truth in Lending Act. Plaintiffs' claims purportedly arise from, among others, the origination and servicing of their loan relating to the Property. |
| Defendants LNV Corporation, MGC Mortgage, Inc., and Dovenmuehle Mortgage, Inc. | Defendants deny all liability. |