# **EXHIBIT B**

# CASE SUMMARY
## CASE NO. DC-14-09604

| | | |
|---|---|---|
| SAMUEL BREITLING, et al<br>vs.<br>LNV CORPORATION, et al | §<br>§<br>§<br>§ | Location: **101st District Court**<br>Judicial Officer: **WILLIAMS, STACI**<br>Filed on: **08/29/2014** |

## CASE INFORMATION

**Statistical Closures**
09/16/2014    ALL OTHER DISPOSITIONS

Case Type: **CNTR CNSMR COM DEBT**

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| PLAINTIFF | BREITLING, JO ANN | Pro Se<br>214-674-6572(H) |
| | BREITLING, SAMUEL G. | Pro Se<br>214-674-6572(H) |
| DEFENDANT | CODILIS & STAWIARSKI P.C. | DEVIN, CLAYTON E<br>*Retained*<br>214-744-3300(W) |
| | DOVENMUEHLE MORTGAGE, INC | MOWREY, ROBERT T<br>*Retained*<br>214-740-8000(W) |
| | LNV CORPORATION | MOWREY, ROBERT T<br>*Retained*<br>214-740-8000(W) |
| | MGC MORTGAGE INC | MOWREY, ROBERT T<br>*Retained*<br>214-740-8000(W) |
| | TILLERY, DALE<br>Removed: 02/26/2015<br>NONSUIT OR DISMISSAL | SMITH, KYLE MANLEY<br>*Retained*<br>512-463-2100(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/29/2014 | NEW CASE FILED (OCA) - CIVIL | |
| 08/29/2014 | ORIGINAL PETITION | |
| 08/29/2014 | ISSUE CITATION | |
| 09/09/2014 | **CITATION**<br>LNV CORPORATION<br>Unserved<br>CODILIS & STAWIARSKI P.C.<br>Unserved<br>DOVENMUEHLE MORTGAGE, INC<br>Unserved<br>MGC MORTGAGE INC<br>Unserved<br>TILLERY, DALE<br>Unserved<br>*ATTY / AM* | |
| 09/09/2014 | CITATION ISSUED | |
| 09/09/2014 | CITATION ISSUED | |

| | | |
|---|---|---|
| 09/09/2014 | CITATION ISSUED | |
| 09/09/2014 | CITATION ISSUED | |
| 09/09/2014 | CITATION ISSUED | |
| 09/10/2014 | MOTION - VACATE<br>Party: PLAINTIFF BREITLING, SAMUEL G.; PLAINTIFF BREITLING, JO ANN<br>*VOID ORDER FOR SUMMARY JUDGMENT* | |
| 09/16/2014 | NOTICE OF REMOVAL TO FEDERAL COURT<br>*DEFTS* | |
| 09/16/2014 | **ALL OTHER DISPOSITIONS** (Judicial Officer: LOWY, MARTIN) | *Vol./Book 453E,*<br>*Page 647, 95 pages* |
| 09/18/2014 | CORRESPONDENCE - LETTER TO FILE | |
| 09/19/2014 | CORRESPONDENCE - LETTER TO FILE<br>*RE JUDGMENT* | |
| 09/19/2014 | MOTION - DISMISS<br>Party: DEFENDANT TILLERY, DALE<br>*DEFENDANT DALE TILLERY'S FOR LACK OF SUBJECT MATTER JURISDICTION* | |
| 09/23/2014 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*JUDGMENT* | |
| 10/03/2014 | NOTICE OF REMOVAL TO FEDERAL COURT<br>*AMENDED STATE* | |
| 01/30/2015 | CORRESPONDENCE - LETTER TO FILE<br>*RE JUDGMENT W/ COPY OF DOCKET SHEET* | |
| 01/30/2015 | ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE) | *Vol./Book 455E,*<br>*Page 225, 1 pages* |
| 02/10/2015 | MOTION - RELIEF<br>*PLAINTIFFS* | |
| 02/12/2015 | CERTIFICATE OF CONFERENCE<br>*PLAINTIFFS* | |
| 02/12/2015 | NOTICE OF HEARING / FIAT<br>*ON MOTION TO DISMISS* | |
| 02/17/2015 | MOTION - TRANSFER - NO CHANGE OF VENUE<br>*DEFENDANTS* | |
| 02/18/2015 | RESPONSE<br>*Defendant Judge Sale Tillery's Response to Motion to Transfer* | |
| 02/20/2015 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT DOVENMUEHLE MORTGAGE, INC<br>*DEFENDANTS & REQUEST FOR DISCLOSURE* | |

FELICIA PITRE, DISTRICT CLERK
Case 3:15-cv-00703-B   Document 1-8   Filed 03/03/15   Page 4 of 5   PageID 17
CASE SUMMARY
CASE NO. DC-14-09604

| Date | | |
|---|---|---|
| 02/20/2015 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT LNV CORPORATION; DEFENDANT MGC MORTGAGE INC<br>*DEFENDANTS & REQUEST FOR DISCLOSURE* | |
| 02/20/2015 | PLEA TO JURISDICTION<br>*& RESPONSE IN OPPOSITION TO MOTION FOR INJUNCTIVE RELIEF* | |
| 02/20/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*PROPOSED ORDER SUSTAINING PLEA TO THE JURISDICTION* | |
| 02/20/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*PROPOSED ORDER DENYING MOTION FOR INJUNCTIVE RELIEF* | |
| 02/20/2015 | NOTICE OF APPEARANCE<br>*OF COUNSEL* | |
| 02/20/2015 | NOTICE OF NONSUIT<br>*PLAINTIFFS* | |
| 02/20/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*PROPOSED ORDER NONSUIT* | |
| 02/20/2015 | MOTION - TRANSFER - NO CHANGE OF VENUE<br>*DEFENDANTS* | |
| 02/20/2015 | MOTION - TRANSFER - NO CHANGE OF VENUE<br>*LNV & MGC's* | |
| 02/23/2015 | CANCELED Motion - Relief (1:30 PM) **(Judicial Officer: WILLIAMS, STACI)**<br>*REQUESTED BY ATTORNEY/PRO SE*<br>*PLTF-INJUNCTIVE-HEARING WAS SET BY JOANN* | |
| 02/26/2015 | ORDER - NONSUIT<br>*AS TO DEFT-DALE TILLERY* | Vol./Book 455E,<br>Page 433, 1 pages |
| 03/27/2015 | CANCELED Motion - Dismiss (11:00 AM) **(Judicial Officer: WILLIAMS, STACI)**<br>*REQUESTED BY ATTORNEY/PRO SE*<br>*DEFT-HEARING WAS SET BY-KYLE SMITH-512-463-2080* | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **PLAINTIFF BREITLING, JO ANN**<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 3/3/2015** | | 15.00<br>15.00<br>**0.00** |
| 09/11/2014<br>09/11/2014 | Charge<br>CREDIT CARD - Receipt # 53005-2014-DCLK TEXFILE (DC) | PLAINTIFF BREITLING, JO ANN<br>PLAINTIFF BREITLING, JO ANN | 15.00<br>(15.00) |
| | **PLAINTIFF BREITLING, SAMUEL G.**<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 3/3/2015** | | 462.00<br>462.00<br>**0.00** |
| 09/03/2014 | Charge | PLAINTIFF BREITLING, SAMUEL | 462.00 |

FELICIA PITRE, DISTRICT CLERK

## CASE SUMMARY
### CASE NO. DC-14-09604

| | | | |
|---|---|---|---|
| 09/03/2014 | CREDIT CARD - Receipt # 50589-2014-DCLK TEXFILE (DC) | G. PLAINTIFF BREITLING, SAMUEL G. | (462.00) |