# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JO ANN BREITLING,** | § § § | |
| **Plaintiffs,** | § § | |
| **vs.** | § § | **CIVIL ACTION NO.** |
| **LNV CORPORATION, ET AL.,** | § § § | |
| **Defendants.** | § | |

---

**INDEX OF DOCUMENTS FILED IN STATE COURT**

---

| Exhibit No. | Date Filed/Issued | Description |
|---|---|---|
| C-1 | 8-29-14 | Civil Case Information Sheet |
| C-2 | 8-29-14 | Plaintiff's Original Petition |
| C-3 | 9-11-14 | Citations |
| C-4 | 9-10-14 | Motion to Vacate |
| C-5 | 9-16-14 | State Court Notice of Removal[1] |
| C-6 | 9-12-14 | Letter to Coordinator |
| C-7 | 9-19-14 | Letter to Coordinator Regarding Proposed Order |
| C-8 | 9-19-14 | Motion to Dismiss |
| C-9 | 9-19-14 | Judgment (Proposed) |
| C-10 | 10-3-14 | Amended State Court Notice of Removal[2] |

---

[1] Excluding the exhibits to the Notice of Removal.

**INDEX OF DOCUMENTS FILED IN STATE COURT**                    **PAGE 1**

| | | |
|---|---|---|
| C-11 | 1-30-15 | Judgment Remanding Case |
| C-12 | 1-30-15 | Judgment |
| C-13 | 2-10-15 | Motion for Injunctive Relief |
| C-14 | 2-12-15 | Certificate of Conference |
| C-15 | 2-12-15 | Notice of Hearing |
| C-16 | 2-17-15 | Motion to Transfer (Codilis) |
| C-17 | 2-18-15 | Response to Motion to Transfer (Judge Tillery) |
| C-18 | 2-20-15 | Motion to Transfer and, Subject thereto, Original Answer (DMI) |
| C-19 | 2-20-15 | Motion to Transfer and, Subject thereto, Original Answer (LNV and MGC) |
| C-20 | 2-20-15 | Plea to the Jurisdiction and, Subject thereto, Response in Opposition to Motion for Injunctive Relief |
| C-21 | 2-20-15 | Order Sustaining Plea to the Jurisdiction (Proposed) |
| C-22 | 2-20-15 | Order Denying Motion for Injunctive Relief (Proposed) |
| C-23 | 2-20-15 | Appearance of Counsel |
| C-24 | 2-20-15 | Notice of Nonsuit |
| C-25 | 2-20-15 | Order of Nonsuit (Proposed) |
| C-26 | 2-26-15 | Order of Nonsuit |

---

[2] Excluding the exhibits to the Amended Notice of Removal.