# **EXHIBIT C-3**

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

LNV CORPORATION
SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET #900
DALLAS TEXAS 75201-3136

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SAMUEL G. BREITLING ETAL**

Filed in said Court **29th day of August, 2014** against

**LNV CORPORATION ETAL**

For Suit, said suit being numbered **DC-14-09604,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 11th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
ARMANDO MENDOZA



ATTY

## CITATION

### DC-14-09604

**SAMUEL BREITLING, et al**
vs.
**LNV CORPORATION, et al**

ISSUED THIS
**11th day of September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ARMANDO MENDOZA, Deputy

**Attorney for Plaintiff**
SAMUEL G. BREITLING; JO ANN
BREITLING PRO SE
1704 CORNWALL LN
SACHSE TX  75048
214-674-6572
JOANNBREITLING@YAHOO.COM

DALLAS COUNTY CONSTABLE
FEES          FEES NOT
PAID          PAID

# OFFICER'S RETURN

Case No. : DC-14-09604

Court No.101st District Court

Style: SAMUEL BREITLING, et al vs. LNV CORPORATION, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,
within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,
20_____, by delivering to the within named _____
_____each, in person, a true copy of this Citation
together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $_____ | of_____County, _____ |  |
| For Notary | $_____ | By_____Deputy |  |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,
to certify which witness my hand and seal of office.

_____
Notary Public_____County_____

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

CODILIS & STAWIARSKI PC
650 N SAM HOUSTON PARKWAY EAST SUITE 450
HOUSTON TX 77060

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SAMUEL G. BREITLING ETAL**

Filed in said Court **29th day of August, 2014** against

**LNV CORPORATION ETAL**

For Suit, said suit being numbered **DC-14-09604,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition ,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 11th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        ARMANDO MENDOZA



---

ATTY

# CITATION

DC-14-09604

**SAMUEL BREITLING, et al**
vs.
**LNV CORPORATION, et al**

ISSUED THIS
**11th day of September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ARMANDO MENDOZA, Deputy

**Attorney for Plaintiff**
SAMUEL G. BREITLING; JO ANN
BREITLING PRO SE
1704 CORNWALL LN
SACHSE TX 75048
214-674-6572
JOANNBREITLING@YAHOO.COM

**DALLAS COUNTY CONSTABLE**
FEES          FEES NOT
PAID           PAID

# OFFICER'S RETURN

Case No. : DC-14-09604

Court No.101st District Court

Style: SAMUEL BREITLING, et al vs. LNV CORPORATION, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____.M. on the _____ day of _____, 20_____, by delivering to the within named _____

_____ each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of_____County, _____ | |
| For Notary | $_____ | By_____Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

DOVENMUEHLE MORTGAGE INC
SERVING ITS REGISTERED AGENT WILLIAM A MYNATT JR
1 CORPORATE DRIVE #360
LAKE ZURICH IL 60047

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SAMUEL G. BREITLING ETAL**

Filed in said Court **29th day of August, 2014** against

**LNV CORPORATION ETAL**

For Suit, said suit being numbered **DC-14-09604,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 11th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
ARMANDO MENDOZA

---

ATTY

# CITATION

**DC-14-09604**

**SAMUEL BREITLING, et al**
vs.
**LNV CORPORATION, et al**

ISSUED THIS
**11th day of September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ARMANDO MENDOZA, Deputy

**Attorney for Plaintiff**
SAMUEL G. BREITLING; JO ANN
BREITLING PRO SE
1704 CORNWALL LN
SACHSE TX 75048
214-674-6572
JOANNBREITLING@YAHOO.COM

DALLAS COUNTY CONSTABLE
FEES      FEES NOT
PAID      PAID

## OFFICER'S RETURN

Case No. : DC-14-09604

Court No.101st District Court

Style: SAMUEL BREITLING, et al vs. LNV CORPORATION, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named _____

_____each, in person, a true copy of this Citation

together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was

_____ miles and my fees are as follows:   To certify which witness my hand.

              For serving Citation    $_____        _____

                   For mileage         $_____        of_____County, _____

                   For Notary          $_____        By_____Deputy

                                   (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

                                                                         _____

                                                                         Notary Public_____County_____

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

MGC MORTGAGE INC
SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET #900
DALLAS TEXAS 75201-3136

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SAMUEL G. BREITLING ETAL**

Filed in said Court **29th day of August, 2014** against

**LNV CORPORATION ETAL**

For Suit, said suit being numbered **DC-14-09604,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition ,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 11th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
ARMANDO MENDOZA



ATTY

# CITATION

DC-14-09604

**SAMUEL BREITLING, et al**
vs.
**LNV CORPORATION, et al**

ISSUED THIS
**11th day of September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ARMANDO MENDOZA, Deputy

**Attorney for Plaintiff**
SAMUEL G. BREITLING; JO ANN
BREITLING PRO SE
1704 CORNWALL LN
SACHSE TX 75048
214-674-6572
JOANNBREITLING@YAHOO.COM

DALLAS COUNTY CONSTABLE
FEES       FEES NOT
PAID        PAID

# OFFICER'S RETURN

Case No. : DC-14-09604

Court No.101st District Court

Style: SAMUEL BREITLING, et al vs. LNV CORPORATION, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,
within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,
20_____, by delivering to the within named _____
_____each, in person, a true copy of this Citation
together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was
_____miles and my fees are as follows:   To certify which witness my hand.

           For serving Citation    $_____              _____

           For mileage          $_____       of_____County, _____

           For Notary           $_____       By_____Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,
to certify which witness my hand and seal of office.

                                                                                                _____

                                                                                    Notary Public_____County_____

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:
DALE B TILLERY
C/O 134TH DISTRICT COURT
600 COMMERCE STREET #650
DALLAS TEXAS 75202

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SAMUEL G. BREITLING ETAL**

Filed in said Court **29th day of August, 2014** against

**LNV CORPORATION ETAL**

For Suit, said suit being numbered **DC-14-09604,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 11th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
ARMANDO MENDOZA

---

ATTY

# CITATION

## DC-14-09604

**SAMUEL BREITLING, et al**
vs.
**LNV CORPORATION, et al**

ISSUED THIS
**11th day of September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ARMANDO MENDOZA, Deputy

**Attorney for Plaintiff**
SAMUEL G. BREITLING; JO ANN
BREITLING PRO SE
1704 CORNWALL LN
SACHSE TX 75048
214-674-6572
JOANNBREITLING@YAHOO.COM

**DALLAS COUNTY CONSTABLE**
FEES     FEES NOT
PAID     PAID

# OFFICER'S RETURN

Case No. : DC-14-09604

Court No.101st District Court

Style: SAMUEL BREITLING, et al vs. LNV CORPORATION, et al


Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____each, in person, a true copy of this Citation

together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was

_____miles and my fees are as follows:   To certify which witness my hand.


|  | For serving Citation | $_____ | _____ |
|---|---|---|---|
|  | For mileage | $_____ | of_____County, _____ |
|  | For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.


_____

Notary Public_____County_____