# **EXHIBIT C-6**

# Attorney General of Texas
### GREG ABBOTT

September 12, 2014

DAVID C. MATTAX
DEPUTY ATTORNEY GENERAL FOR
DEFENSE LITIGATION
DIRECT DIAL: (512) 463-0150

Francine Ly
134th Court Coordinator
Judge Dale Tillery Presiding
6th Floor, Room 650
600 Commerce Street
Dallas, Texas 75202

Re:   *Samuel G. Breitling, Jo Ann Breitling v. Dale B. Tillery, et al*; Cause No. DC-14-09604

Dear Ms. Ly:

We are in receipt of your letter dated September 11, 2014 requesting representation in the above-referenced matter on behalf of Honorable Dale B. Tillery. Please be advised that this matter has been referred to the Law Enforcement Defense Division of the Office of the Attorney General.

Please feel free to contact me if you have any questions regarding this matter.

Sincerely,

David C. Mattax
Deputy Attorney General for
Defense Litigation

DCM/dac

cc:   Karen Matlock, Chief, Law Enforcement Defense Division