# **EXHIBIT C-7**

FILED
DALLAS COUNTY
9/19/2014 6:39:53 PM
GARY FITZSIMMONS
DISTRICT CLERK

Case 3:15-cv-00703-B   Document 1-10   Filed 03/03/15   Page 2 of 2   PageID 112



# ATTORNEY GENERAL OF TEXAS
## GREG ABBOTT

September 19, 2014

**Electronic Filing**

Gary Fitzsimmons
Dallas County District Clerk
600 Commerce Street, Room 103
Dallas TX 75202

Re:   *Samuel Breitling, et al v. Dale B. Tillery, et al.,* **DC-14-09604, in the 101st Judicial District Court of Dallas County, Texas.**

Dear Clerk:

Enclosed please find the Proposed Order "Judgment" to be submitted for filing that pertains to Defendant Dale Tillery's Motion to Dismiss for Lack of Subject Matter Jurisdiction that was electronically efiled today and on file with the court.

Sincerely,

/s/ David A Harris

**DAVID A. HARRIS**
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / Fax: (512) 495-9139

DAH/dmw
Encl.

c:  File