# **EXHIBIT C-9**

CAUSE NO. 14-09604

| | | |
|---|---|---|
| **SAMUEL AND JO ANN BREITLING**<br>    **Plaintiffs,** | §<br>§<br>§<br>§ | **IN THE DISTRICT COURT OF** |
| **v.** | §<br>§<br>§ | **DALLAS COUNTY, TEXAS** |
| **LNV CORPORATION et al.,**<br>    **Defendants.** | §<br>§<br>§ | **101ST JUDICIAL DISTRICT** |

## JUDGMENT

On this the ____ day of _____, 2014 came on to be heard the Motion to Dismiss of Defendant Dale Tillery. After reviewing the pleadings on file herein, the Court is of the opinion that said Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT** the Motion to Dismiss of Defendant Dale Tillery be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED THAT** Plaintiff's cause of action against Dale Tillery be and is hereby dismissed with prejudice to the refiling of same in any form.

**IT IS FINALLY ORDERED ADJUDGED AND DECREED THAT** any relief not specifically granted be and is hereby denied, and that this is a final judgment.

**SIGNED** this the ____ day of _____, 2014.

_____
**JUDGE PRESIDING**