# **EXHIBIT C-11**

**United States District Court**
Northern District of Texas

Karen Mitchell
Clerk of Court

Dallas Division

FILED
15 JAN 30 PM 3:43
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

Jan 28, 2015

101st District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Suite 685
Dallas, Texas 75202

RE:   Judgment Remanding Case to County Court

   Style:   Breitling et al v. LNV Corporation et al

Dear Clerk:

   Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the         101st Judicial District Court of Dallas,       ,   TX/DC-14-09604 along with a copy of the docket sheet.

   If you have any questions regarding this matter, I may be reached at  214/753-2633.

Sincerely,
Karen Mitchell, Clerk

By: s/Shakira K. Todd
Deputy Clerk

Enclosure   Certified copy of docket sheet and Judgment remanding case

cc:

DC-14-09604
CORESP
CORRESPONDENCE – LETTER TO FILE
749358



CASREF,CLOSED,REMAND

**U.S. District Court**
**Northern District of Texas (Dallas)**
**CIVIL DOCKET FOR CASE #: 3:14-cv-03322-M-BN**

15 JAN 30 PM 3:43

FELICIA PITRE

Breitling et al v. LNV Corporation et al
Assigned to: Judge Barbara M.G. Lynn
Referred to: Magistrate Judge David L Horan
Case in other court: 101st Judicial District Court Dallas County, Tx, DC-14-09604
Cause: 28:1331 Fed. Question

Date Filed: 09/15/2014
Date Terminated: 01/27/2015
Jury Demand: None
Nature of Suit: 290 Real Property: All Other Real Property
Jurisdiction: Federal Question

**Plaintiff**

**Samuel G Breitling**                          represented by **Samuel G Breitling**
                                                1704 Cornwall LN
                                                Sachse, TX 75048
                                                214/674-6572
                                                Fax: 281/361-3290
                                                PRO SE

**Plaintiff**

**Jo Ann Breitling**                            represented by **Jo Ann Breitling**
                                                1704 Cornwall Lane
                                                Sachse, TX 75048
                                                214/674-6572
                                                Fax: 281/361-3290
                                                Email: joannbreitling@yahoo.com
                                                PRO SE

V.

**Defendant**

**LNV Corporation**                             represented by **Robert T Mowrey**
                                                Locke Lord LLP
                                                2200 Ross Avenue, Suite 2200
                                                Dallas, TX 75201-3095
                                                214/740-8000
                                                Fax: 214/740-8800
                                                Email: rmowrey@lockelord.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                Bar Status: Admitted/In Good Standing

                                                **Jason L Sanders**
                                                Locke Lord LLP

Certified a true copy of an instrument on file in my office on 1/28/2015
Clerk, U.S. District Court,
Northern District of Texas
By Shakira K. Judd   Deputy

2200 Ross Avenue, Suite 2200
Dallas, TX 75201-3095
214/740-8000
Fax: 214/740-8800
Email: jsanders@lockelord.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Marc Daniel Cabrera**
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-3095
214/740-8289
Fax: 214/756-8289
Email: mcabrera@lockelord.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**MGC Mortgage Inc**                                 represented by   **Robert T Mowrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jason L Sanders**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Marc Daniel Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Dovenmuehle Mortgage Inc**                         represented by   **Patricia Ullman**
Dovenmuehle Mortgage Inc
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047
800/669-4268
Fax: 847/550/7700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Marc Daniel Cabrera**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Codilis & Stawiarski PC** represented by **Clayton E Devin**
Macdonald Devin
3800 Renaissance Tower
1201 Elm St
Dallas, TX 75270-2130
214/744-3300
Fax: 214/747-0942 FAX
Email: cdevin@macdonalddevin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Honorable Dale Tillery** represented by **Kyle M Smith**
Office of the Attorney General of Texas
PO Box 12548
Austin, TX 78711-2548
512/463-2080
Fax: 512/480-0446
Email: kyle.smith@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**David A Harris**
Attorney General of Texas
PO Box 12548
Capitol Station
Austin, TX 78711-2548
512/463-2080
Fax: 512/936-2109 FAX
Email: david.harris@texasattorneygeneral.gov
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2014 | 1 | NOTICE OF REMOVAL from 101st Judicial District Court of Dallas County, Texas, case number DC-14-09604 filed by LNV Corporation, MGC Mortgage, Inc. (Filing fee $400; receipt number 0539-6294626) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner |

| | | |
|---|---|---|
| | | prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Cover Sheet Supplement, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) C-1, # 5 Exhibit(s) C-2, # 6 Exhibit(s) C-3, # 7 Exhibit(s) C-4) (Cabrera, Marc) (Entered: 09/15/2014) |
| 09/15/2014 | 2 | CERTIFICATE OF INTERESTED PERSONS by LNV Corporation, MGC Mortgage, Inc. (Cabrera, Marc) (Entered: 09/15/2014) |
| 09/15/2014 | 3 | CORPORATE DISCLOSURE STATEMENT by LNV Corporation, MGC Mortgage, Inc. (Cabrera, Marc) (Entered: 09/15/2014) |
| 09/15/2014 | 4 | Notice and Instruction to Pro Se Party. (tla) (Entered: 09/15/2014) |
| 09/15/2014 | 5 | New Case Notes: A filing fee has been paid. File to Judge Horan. CASREF case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Case received over counter/electronically. No prior sanctions found. (For court use only - links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (tla) (Entered: 09/15/2014) |
| 09/15/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:4,5. Mon Sep 15 15:37:38 CDT 2014 (crt) (Entered: 09/15/2014) |
| 09/16/2014 | 6 | STANDING ORDER ON NON-DISPOSITIVE MOTIONS: This order governs the filing and disposition of all discovery-related motions, pleading disputes, and other non-dispositive motions in this case. (See order for specifics) (Ordered by Magistrate Judge David L Horan on 9/16/2014) (mcrd) (Entered: 09/16/2014) |
| 09/16/2014 | 7 | ORDER REQUIRING CONFERENCE AND JOINT STATUS REPORT: The parties shall submit a joint status report and proposed scheduling plan by 10/21/2014. (See order for specifics) (Ordered by Magistrate Judge David L Horan on 9/16/2014) (mcrd) (Entered: 09/16/2014) |
| 09/16/2014 | 8 | ORDER REGARDING SERVICE OF PROCESS: The Court hereby advises Plaintiffs that, if they do not make proper service on any unserved defendant within 120 days after the notice of removal was filed on September 15, 2014, Plaintiffs' claims against any unserved defendant are subject to dismissal without prejudice unless Plaintiffs show good cause for a failure to timely and properlyeffect service and for the Court to extend the time for service for an appropriate period. (See order for specifics) (Ordered by Magistrate Judge David L Horan on 9/16/2014) (mcrd) (Entered: 09/16/2014) |
| 09/16/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:6, 7, 8. Tue Sep 16 11:40:19 CDT 2014 (crt) (Entered: 09/16/2014) |
| 09/22/2014 | 9 | |

| | | |
|---|---|---|
| | | MOTION to Remand to State Court filed by Dale Tillery with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Harris, David) (Entered: 09/22/2014) |
| 09/22/2014 | 10 | ORDER SETTING BRIEFING SCHEDULE: Responses due by 10/14/2014 re: 9 MOTION to Remand to State Court . Replies due by 10/28/2014. (Ordered by Magistrate Judge David L Horan on 9/22/2014) (mcrd) (Entered: 09/22/2014) |
| 09/22/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:10. Mon Sep 22 12:34:38 CDT 2014 (crt) (Entered: 09/22/2014) |
| 09/25/2014 | 11 | MOTION to Dismiss *Subject to his Motion to Remand Pursuant to Fed. Rules 12(b)(1) and 12(b)(6)* filed by Dale Tillery with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Harris, David) (Entered: 09/25/2014) |
| 09/25/2014 | 12 | ORDER SETTING BRIEFING SCHEDULE: Responses due by 10/27/2014 re: 11 MOTION to Dismiss *Subject to his Motion to Remand Pursuant to Fed. Rules 12(b)(1) and 12(b)(6)*. Replies due by 11/12/2014. (Ordered by Magistrate Judge David L Horan on 9/25/2014) (mcrd) (Entered: 09/25/2014) |
| 09/25/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:12. Thu Sep 25 13:17:54 CDT 2014 (crt) (Entered: 09/25/2014) |
| 10/01/2014 | 13 | MOTION for More Definite Statement *and Brief in Support* filed by LNV Corporation, MGC Mortgage Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Cabrera, Marc) (Entered: 10/01/2014) |
| 10/01/2014 | 14 | ORDER SETTING BRIEFING SCHEDULE: Responses due by 10/31/2014 re: 13 MOTION for More Definite Statement *and Brief in Support*. Replies due by 11/17/2014. (Ordered by Magistrate Judge David L Horan on 10/1/2014) (mcrd) (Entered: 10/01/2014) |
| 10/01/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:14. Wed Oct 1 16:33:31 CDT 2014 (crt) (Entered: 10/01/2014) |
| 10/03/2014 | 15 | AMENDED NOTICE OF REMOVAL by LNV Corporation, MGC Mortgage Inc. Amendment to 1 Notice of Removal. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) C-1, # 5 Exhibit(s) C-2, # 6 Exhibit(s) C-3, # 7 Exhibit(s) C-4, # 8 Exhibit(s) C-5, # 9 Exhibit(s) C-6, # 10 Exhibit(s) D) (Cabrera, Marc) (Entered: 10/03/2014) |
| 10/03/2014 | 16 | Joint MOTION to Sever filed by LNV Corporation, MGC Mortgage Inc, Dale Tillery with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Cabrera, Marc) (Entered: 10/03/2014) |
| 10/03/2014 | 17 | RESPONSE filed by LNV Corporation, MGC Mortgage Inc re: 9 MOTION to Remand to State Court (Attachments: # 1 Proposed Order) (Cabrera, Marc) (Entered: 10/03/2014) |
| 10/06/2014 | 18 | ORDER SETTING BRIEFING SCHEDULE: Responses due by 10/27/2014 re: 16 Joint MOTION to Sever . Replies due by 11/12/2014. (Ordered by Magistrate Judge David L Horan on 10/6/2014) (mcrd) (Entered: 10/06/2014) |
| 10/06/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:18. Mon Oct 6 12:16:49 CDT 2014 (crt) (Entered: 10/06/2014) |

| 10/06/2014 | 19 | AMENDED DOCUMENT by LNV Corporation, MGC Mortgage Inc. Amendment to 13 MOTION for More Definite Statement *and Brief in Support*. *[Certificate of Service]*. (Cabrera, Marc) (Entered: 10/06/2014) |
|---|---|---|
| 10/06/2014 | 20 | ADDITIONAL ATTACHMENTS to 15 Amended Document, by Defendants LNV Corporation, MGC Mortgage Inc. (Cabrera, Marc) (Entered: 10/06/2014) |
| 10/14/2014 | 21 | OBJECTION filed by Jo Ann Breitling re: 9 MOTION to Remand to State Court (Breitling, Jo Ann) (Entered: 10/14/2014) |
| 10/14/2014 | 22 | MOTION for More Definite Statement filed by Dovenmuehle Mortgage Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Cabrera, Marc) (Entered: 10/14/2014) |
| 10/14/2014 | 23 | ORDER SETTING BRIEFING SCHEDULE: Responses due by 11/13/2014 re: 22 MOTION for More Definite Statement . Replies due by 12/1/2014. (See order for specifics) (Ordered by Magistrate Judge David L Horan on 10/14/2014) (mcrd) (Entered: 10/14/2014) |
| 10/14/2014 |  | ***Clerk's Notice of delivery: (see NEF for details) Docket No:23. Tue Oct 14 17:13:11 CDT 2014 (crt) (Entered: 10/14/2014) |
| 10/15/2014 | 24 | MOTION to Remand filed by Jo Ann Breitling, Samuel G Breitling (Breitling, Jo Ann) (Entered: 10/15/2014) |
| 10/16/2014 | 25 | Certificate of Conference by Jo Ann Breitling, Samuel G Breitling as to 24 MOTION to Remand . (Breitling, Jo Ann) Modified text on 10/17/2014 (ykp). (Entered: 10/16/2014) |
| 10/16/2014 | 26 | Certificate of Service by Jo Ann Breitling, Samuel G Breitling as to 24 MOTION to Remand . (Breitling, Jo Ann) Modified text on 10/17/2014 (ykp). (Entered: 10/16/2014) |
| 10/16/2014 | 27 | Certificate of Conference by Jo Ann Breitling, Samuel G Breitling as to 21 Response/Objection. (Breitling, Jo Ann) Modified text on 10/17/2014 (ykp). (Entered: 10/16/2014) |
| 10/16/2014 | 28 | Certificate of Service by Jo Ann Breitling, Samuel G Breitling as to 21 Response/Objection . (Breitling, Jo Ann) Modified text on 10/17/2014 (ykp). (Entered: 10/16/2014) |
| 10/16/2014 | 29 | ORDER SETTING BRIEFING SCHEDULE: Responses due by 10/30/2014 re: 24 MOTION to Remand . Replies due by 11/12/2014. (See order for specifics) (Ordered by Magistrate Judge David L Horan on 10/16/2014) (mcrd) (Entered: 10/16/2014) |
| 10/17/2014 |  | ***Clerk's Notice of delivery: (see NEF for details) Docket No:29. Fri Oct 17 09:35:57 CDT 2014 (crt) (Entered: 10/17/2014) |
| 10/17/2014 | 30 | RESPONSE filed by Jo Ann Breitling, Samuel G Breitling re: 22 MOTION for More Definite Statement , 13 MOTION for More Definite Statement *and Brief in Support* (Breitling, Jo Ann) (Entered: 10/17/2014) |
| 10/17/2014 | 31 | First MOTION to Amend/Correct 22 MOTION for More Definite Statement , 13 MOTION for More Definite Statement *and Brief in Support Unopposed* |

| | | |
|---|---|---|
| | | *Motion to Amend* filed by Jo Ann Breitling, Samuel G Breitling (Attachments: # 1 Additional Page(s) Certificate of Conference, # 2 Proposed Order Unsigned Proposed Order) (Breitling, Jo Ann) (Entered: 10/17/2014) |
| 10/21/2014 | 32 | Joint STATUS REPORT *and Proposed Scheduling Plan* filed by Jo Ann Breitling, Samuel G Breitling, Codilis & Stawiarski PC, Dovenmuehle Mortgage Inc, LNV Corporation, MGC Mortgage Inc, Dale Tillery. (Cabrera, Marc) (Entered: 10/21/2014) |
| 10/25/2014 | 33 | Letter to the Honorable Judge by Jo Ann Breitling. (Breitling, Jo Ann) Modified docket text on 10/27/2014 (cea). (Entered: 10/25/2014) |
| 10/25/2014 | 34 | MOTION in Limine *for Judicial Notice of Lorraine Brown Criminal Conviction* filed by Jo Ann Breitling, Samuel G Breitling (Breitling, Jo Ann) (Entered: 10/25/2014) |
| 10/26/2014 | 35 | Letter to the Honorable Judge filed by Jo Ann Breitling. (Breitling, Jo Ann) Modified docket text on 10/27/2014 (cea). (Entered: 10/26/2014) |
| 10/27/2014 | 36 | MOTION for More Definite Statement filed by Codilis & Stawiarski PC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order Order Granting Motion for more Definite Statement) (Devin, Clayton) (Entered: 10/27/2014) |
| 10/27/2014 | 37 | Appendix in Support filed by Codilis & Stawiarski PC re 36 MOTION for More Definite Statement (Devin, Clayton) (Entered: 10/27/2014) |
| 10/27/2014 | 38 | Emergency MOTION for Temporary Restraining Order filed by Jo Ann Breitling. (tla) (Entered: 10/27/2014) |
| 10/27/2014 | 39 | MOTION to Set Aside Forclosure Sale of Property and Issue a Temporary Restraining Order filed by Jo Ann Breitling. (tla) (Entered: 10/27/2014) |
| 10/27/2014 | 40 | OBJECTION filed by Jo Ann Breitling, Samuel G Breitling re: 11 MOTION to Dismiss *Subject to his Motion to Remand Pursuant to Fed. Rules 12(b)(1) and 12(b)(6)* (Breitling, Jo Ann) (Entered: 10/27/2014) |
| 10/28/2014 | 41 | ORDER denying 38 Emergency Motion for a Temporary Restraining Order; denying 39 Motion to Set Aside Foreclosure Sale of Property and Issue a Temporary Restraining Order. Further, the Court finds there is no basis for treating Plaintiffs' Motions as an "emergency," given that the foreclosure sale occurred in September. The Court also finds there is no basis for enjoining an alleged threat to begin the eviction process because it is conjecture. (tla) (Entered: 10/28/2014) |
| 10/28/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:41. Tue Oct 28 13:48:34 CDT 2014 (crt) (Entered: 10/28/2014) |
| 10/29/2014 | 42 | Findings and Recommendations on Case: The Court should grant Judge Tillery's 9 MOTION to Remand to State Court, deny 16 Joint MOTION to Sever, deny as moot Plaintiff's 24 MOTION to Remand, and remand this entire action to the 101st Judicial District Court of Dallas County, Texas, from which it was removed. (See order for specifics) (Ordered by Magistrate Judge David L Horan on 10/29/2014) (mcrd) (Entered: 10/29/2014) |

| | | |
|---|---|---|
| 10/29/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:42. Wed Oct 29 16:27:19 CDT 2014 (crt) (Entered: 10/29/2014) |
| 11/05/2014 | 43 | First MOTION to Extend Time For Stay or Alternatively To File Amended Complaint filed by Jo Ann Breitling, Samuel G Breitling with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order For Extension of Time, # 2 Proposed Order For Stay Pending Jurisdiction Question) (Breitling, Jo Ann) (Entered: 11/05/2014) |
| 11/07/2014 | 44 | RESPONSE AND OBJECTION filed by Dovenmuehle Mortgage Inc, LNV Corporation, MGC Mortgage Inc re: 43 First MOTION to Extend Time FOr Stay or Alternatively To FIle Amended Complaint (Attachments: # 1 Proposed Order Granting in Part and Denying in Part Motion) (Cabrera, Marc) (Entered: 11/07/2014) |
| 11/07/2014 | 45 | MOTION to Join *in Response in Opposition to Motion for Stay* filed by Codilis & Stawiarski PC (Devin, Clayton) (Entered: 11/07/2014) |
| 11/07/2014 | 46 | ORDER granting 43 Motion for Stay of Future Motions and Filing of Amended Complaint. (Ordered by Judge Barbara M.G. Lynn on 11/7/2014) (skt) (Entered: 11/07/2014) |
| 11/07/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No: 46. Fri Nov 7 14:50:02 CST 2014 (crt) (Entered: 11/07/2014) |
| 11/12/2014 | 47 | OBJECTION to 42 Findings and Recommendations . (Attachments: # 1 Proposed Order) (Cabrera, Marc) (Entered: 11/12/2014) |
| 11/13/2014 | 48 | NOTICE of Attorney Appearance by Kyle M Smith on behalf of Dale Tillery. (Filer confirms contact info in ECF is current.) (Smith, Kyle) (Entered: 11/13/2014) |
| 11/25/2014 | 49 | RESPONSE AND OBJECTION filed by Dale Tillery re: 47 Objection to Findings and Recommendations (Smith, Kyle) (Entered: 11/25/2014) |
| 11/26/2014 | 50 | RESPONSE filed by Jo Ann Breitling, Samuel G Breitling re: 47 Objection to Findings and Recommendations (Breitling, Jo Ann) (Entered: 11/26/2014) |
| 12/09/2014 | 51 | MOTION for Leave to File Reply in Support of Objections to Recommendation filed by LNV Corporation, MGC Mortgage Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order Granting Motion for Leave to File Reply, # 2 Exhibit(s) 1 - Reply ISO Objections to Recommendation) (Cabrera, Marc) (Entered: 12/09/2014) |
| 12/22/2014 | 52 | OBJECTION filed by Jo Ann Breitling, Samuel G Breitling re: 51 MOTION for Leave to File Reply in Support of Objections to Recommendation (Breitling, Jo Ann) (Entered: 12/22/2014) |
| 12/22/2014 | 53 | ORDER denying 51 Motion for Leave to File Reply in Support of Objections. (Ordered by Judge Barbara M.G. Lynn on 12/22/2014) (skt) (Entered: 12/22/2014) |
| 12/22/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No: 53. Mon Dec 22 12:01:51 CST 2014 (crt) (Entered: 12/22/2014) |

| 01/02/2015 | 54 | AFFIDAVIT *and Urgent Letter to Court* by Jo Ann Breitling, Samuel G Breitling. (Breitling, Jo Ann) (Entered: 01/02/2015) |
| --- | --- | --- |
| 01/05/2015 | 55 | Supplemental Document by Jo Ann Breitling, Samuel G Breitling as to 54 Affidavit *and Urgent Letter to Court*. (Breitling, Jo Ann) (Entered: 01/05/2015) |
| 01/13/2015 | 56 | RESPONSE filed by LNV Corporation, MGC Mortgage Inc re: 54 Affidavit, 55 Supplemental Document (Attachments: # 1 Proposed Order) (Cabrera, Marc) (Entered: 01/13/2015) |
| 01/13/2015 | 57 | Appendix in Support filed by LNV Corporation, MGC Mortgage Inc re 56 Response/Objection *in Opposition to Request for Injunctive Relief* (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C) (Cabrera, Marc) (Entered: 01/13/2015) |
| 01/23/2015 | 58 | RESPONSE AND OBJECTION filed by Jo Ann Breitling, Samuel G Breitling re: 56 Response/Objection (Attachments: # 1 Exhibit(s) A through G, # 2 Exhibit(s) H through L) (Breitling, Jo Ann) (Entered: 01/23/2015) |
| 01/27/2015 | 59 | ORDER ACCEPTING 42 FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE. (Ordered by Judge Barbara M.G. Lynn on 1/27/2015) (skt) (Entered: 01/28/2015) |
| 01/27/2015 | 60 | JUDGMENT: Defendant State District Judge Dale Tillery's 9 Motion to Remand is GRANTED. This case is remanded to the 101st Judicial District Court of Dallas County, Texas. (Ordered by Judge Barbara M.G. Lynn on 1/27/2015) (skt) (Entered: 01/28/2015) |
| 01/28/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:59, 60. Wed Jan 28 07:46:21 CST 2015 (crt) (Entered: 01/28/2015) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 01/28/2015 07:54:42 | | |
| PACER Login: | ▓▓▓▓▓▓▓▓▓▓ | Client Code: |
| Description: | Docket Report | Search Criteria: | 3:14-cv-03322-M-BN |
| Billable Pages: | 7 | Cost: | 0.70 |