# **EXHIBIT C-12**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:14-CV-3322-M-BN |
| | § | |
| LNV CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

### JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, and DECREED that:

1. Defendant State District Judge Dale Tillery's Motion to Remand is GRANTED.

2. This case is remanded to the 101st Judicial District Court of Dallas County, Texas.

3. The Clerk shall transmit a true copy of this Judgment and the Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Plaintiff.

SIGNED this 27th day of January, 2015

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

Certified a true copy of an instrument on file in my office on 1/28/2015
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy