# **EXHIBIT C-14**

Case 3:15-cv-00703-B   Document 1-17   Filed 03/03/15   Page 2 of 2   PageID 286

FILED
DALLAS COUNTY
2/12/2015 4:48:02 PM
FELICIA PITRE
DISTRICT CLERK

Cause No. DC-14-09604

| | | |
|---|---|---|
| SAMUEL G. BREITLING | § | DALLAS COUNTY, TEXAS |
| JOANN BREITLING, | § | IN THE 101 DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| | § | MOTION FOR INJUNCTIVE |
| v. | § | RELIEF |
| | § | |
| LNV CORPORATION et al, | § | |
| CODILIS & STAWIARSKI P.C. et al | § | |
| DOVENMUELHLE MORTGAGE INC. et al | § | |
| MGC MORTGAGE INC., et al | § | |
| DALE B. TILLERY | § | |
| Defendants. | § | |

## PLAINTIFFS' CERTIFICATE OF CONFERENCE

Plaintiff JoAnn Breitling discussed the issues before this court with Counsel Kyle Smith on February 12, 2015 without a resolution as to defendant Dale Tillery at this time. She attempted to contact counsel for Defendant C&S unsuccessfully. Defendants LNV, MGC and DMI are seeking to evict Plaintiffs by circumventing the 101st state court through JP court. They are not approachable; and have demonstrated this on many occasions.

Plaintiffs need immediate injunctive relief to protect us from unlawful eviction before the issues of title can be adjudicated by this Honorable Court. Medical records show Samuel Breitling may likely not survive an eviction. Matthew Brietling is mentally handicapped with a rare auto-immune disease; an eviction will cause him irreparable harm.

Respectfully Submitted,

_____        _____
JoAnn S Breitling                                             Samuel G. Breitling