# **EXHIBIT C-15**

FILED
DALLAS COUNTY
2/12/2015 4:50:39 PM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. 14-09604

| | | |
|---|---|---|
| **SAMUEL & JO ANN BREITLING** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| | § | |
| **LNV CORPORATION**, *et al.*, | § | |
| **Defendants** | § | **101ST JUDICIAL DISTRICT** |

### NOTICE OF HEARING

To: Jo Ann Breitling, 1704 Cornwall Lane, Sachse, Texas 75048

Be advised that a hearing has been set on Defendant Judge Dale Tillery's Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed on September 19, 2014. This hearing will take place at **11:00 a.m. on Friday, March 27, 2015**.

                      Respectfully submitted,

                      **KEN PAXTON**
                      Attorney General of Texas

                      **CHARLES E. ROY**
                      First Assistant Attorney General

                      **JAMES E. DAVIS**
                      Deputy Attorney General for Defense Litigation

                      **KAREN D. MATLOCK**
                      Assistant Attorney General
                      Chief, Law Enforcement Defense Division

                      */s/ Kyle Smith*
                      **KYLE SMITH**
                      Assistant Attorney General
                      Attorney-In-Charge
                      Texas State Bar No. 24086814

P. O. Box 12548, Capitol Station  
Austin, Texas  78711  
Phone: (512) 463-2080  
Fax:     (512)-936-2109

**COUNSEL FOR DEFENDANT JUDGE**

**NOTICE OF ELECTRONIC FILING**

I, **Kyle Smith**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a correct copy of the foregoing in accordance with the Electronic File and Serve System of Dallas County, Texas on February 12, 2015.

*/s/ Kyle Smith*
**KYLE SMITH**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **Kyle Smith**, do hereby certify that a correct copy of the above has been served by placing same in the U.S. mail, postage prepaid, on February 12, 2015, addressed to:

**Samuel & Jo Ann Breitling**     *CMRRR70101060000037002805*
1704 Cornwall Lane
Sachse, Texas 75048

**LNV Corporation**
c/o Robert Mowrey, Jason Sanders, Marc Cabrera
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

**MGC Mortgage**
Locke Lord LLP
c/o Robert Mowrey, Jason Sanders, Marc Cabrera
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

**Dovenmuehle Mortgage, Inc.**
c/o Patricia Ullman
1 Corporate Drive, Suite 360
Lake Zurich, Illinois 60047

**Codilis & Stawiarski PC**
c/o Clayton Devin
Macdonald Devin
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

*/s/ Kyle Smith*
**KYLE SMITH**
Assistant Attorney General