# **EXHIBIT C-21**

CAUSE NO. DC-14-09604

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JOANN BREITLING,** | § § § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs,** | § § | |
| vs. | § § | **DALLAS COUNTY, TEXAS** |
| **LNV CORPORATION, CODILIS & STAWIARSKI, P.C., DOVENMUEHLE MORTGAGE, INC., MGC MORTGAGE, INC., AND DALE B. TILLERY,** | § § § § § | |
| **Defendants.** | § | **101ST JUDICIAL DISTRICT** |

## ORDER SUSTAINING PLEA TO THE JURISDICTION

On this day, the Court considered Defendant LNV Corporation's Plea to the Jurisdiction (the "Plea to the Jurisdiction"). Upon consideration of the pleadings on file, and the arguments of the parties and counsel, the Court finds that the Plea to the Jurisdiction should be, and hereby is, **SUSTAINED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Plea to the Jurisdiction is **SUSTAINED**.

SIGNED this ____ day of February, 2015.

_____
PRESIDING JUDGE