# **EXHIBIT C-22**

CAUSE NO. DC-14-09604

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JOANN BREITLING, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| vs. | § § | DALLAS COUNTY, TEXAS |
| LNV CORPORATION, CODILIS & STAWIARSKI, P.C., DOVENMUEHLE MORTGAGE, INC., MGC MORTGAGE, INC., AND DALE B. TILLERY, | § § § § § § | |
| Defendants. | § | 101ST JUDICIAL DISTRICT |

**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF**

On this day, the Court considered Plaintiffs Samuel G. Breitling and Jo Ann Breitling's Motion for Injunctive Relief or Alternatively for Relief by Vacating Void Court Order and to Set Aside Illegal Sale of Plaintiffs' Property (the "Motion for Injunctive Relief"). Upon consideration of the pleadings on file, and the arguments of the parties and counsel, the Court finds that the Motion for Injunctive Relief should be, and hereby is, **DENIED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion for Injunctive Relief is **DENIED**.

SIGNED this ____ day of February, 2015.

_____
PRESIDING JUDGE