# **EXHIBIT C-23**

FILED
DALLAS COUNTY
2/20/2015 2:49:23 PM
FELICIA PITRE
DISTRICT CLERK

## NO. DC-14-09604

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JOANN S. BREITLING** | § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § | |
| **V.** | § § | **101 JUDICIAL DISTRICT** |
| **LNV CORPORATION, CODILIS & STAWIARSKI, P.C., DOVENMUELHLE MORTGAGE, INC., MGC MORTGAGE, INC. AND DALE B. TILLERY** | § § § § § § | |
| **Defendants.** | § | **OF DALLAS COUNTY, TEXAS** |

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES** J.D. MILKS of the Law Firm of MCKENZIE, SCHATZ & MILKS, PLLC, and hereby files this appearance as attorney of record for SAMUEL G. BREITLING and JOANN S. BREITLING.

Respectfully submitted,

**MCKENZIE, SCHATZ & MILKS, PLLC**

By: _____//S//_____
J.D. MILKS
Texas Bar No. 24045106
Email: JDMILKS@SMARTMOVETX.COM
1615 W. Abram Street, Suite 110
Arlington, Texas 76013
Tel. (817) 653-4240
Fax. (817) 687-7040
Attorney for Plaintiffs
SAMUEL G. BREITLING and JOANN S. BREITLING

## **CERTIFICATE OF SERVICE**

      I certify that on February 20, 2015 a true and correct copy of Plaintiffs' Appearance of Counsel was served to each person listed below by the method indicated.

                                            //S//
                                        J.D. MILKS

MARC D. CABRERA, LOCK LORD, LLP
Attorney for LNV CORPORATION
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
TEL:  214-740-8000
FAX:  214-740-8800
By Fax

CLAYTON E. DEVIN, MACDONALD DEVIN, P.C.
Attorney for CODILIS & STAWIARSKI, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
TEL:  214-744-3300
FAX:  214-747-0942
By Fax

PATRICIA ULLMAN
Attorney for DOVENMUELHLE MORTGAGE, INC.
1 Corporate Drive, Suite 360
Lake Zurich, Illinois 60047
TEL:  847-719-5772
FAX:  847-550-7700
Email: patricia.ullman@dmicorp.com
By Email

MARC D. CABRERA, LOCK LORD, LLP
Attorney for MGC MORTGAGE, INC.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
TEL: 214-740-8000
FAX: 214-740-8800
By Fax


KYLE SMITH, Assistant Attorney General
Attorney for DALE B. TILLERY
P.O. Box 12548, Capitol Station
Austin, Texas 78711
TEL: 512-463-2080
FAX: 512-936-2109
By Fax