# **EXHIBIT C-24**

Case 3:15-cv-00703-B   Document 1-27   Filed 03/03/15   Page 2 of 4   PageID 939

FILED
DALLAS COUNTY
2/20/2015 2:49:23 PM
FELICIA PITRE
DISTRICT CLERK

## NO. DC-14-09604

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JOANN S. BREITLING** | § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § | |
| | § | |
| V. | § | **101 JUDICIAL DISTRICT** |
| | § | |
| **LNV CORPORATION, CODILIS & STAWIARSKI, P.C., DOVENMUELHLE MORTGAGE, INC., MGC MORTGAGE, INC. AND DALE B. TILLERY** | § § § § § | |
| **Defendants.** | § | **OF DALLAS COUNTY, TEXAS** |

### NOTICE OF NONSUIT AS TO DEFENDANT DALE B. TILLERY

**TO THE HONORABLE JUDGE OF SAID COURT**:

**NOW COMES** Plaintiffs, SAMUEL G. BREITLING and JOANN S. BREITLING, and files this Notice of Nonsuit Without Prejudice as to Defendant DALE B. TILLERY.

I.

Plaintiffs, SAMUEL G. BREITLING and JOANN S. BREITLING, ask the Court to enter a Nonsuit on all claims against DALE B. TILLERY.

**WHEREFORE, PREMISES CONSIDERED**, Movants pray that the Court sign an Order Recognizing Plaintiffs' Notice of Nonsuit Without Prejudice as to Defendant, DALE B. TILLERY, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

**MCKENZIE, SCHATZ & MILKS, PLLC**

By: _____//S//_____
J.D. MILKS
Texas Bar No. 24045106
Email: JDMILKS@SMARTMOVETX.COM
1615 W. Abram Street, Suite 110
Arlington, Texas 76013
Tel. (817) 653-4240
Fax. (817) 687-7040
Attorney for Plaintiffs
SAMUEL G. BREITLING and JOANN S. BREITLING

## CERTIFICATE OF SERVICE

I certify that on February 20, 2015 a true and correct copy of Plaintiffs' Notice of Nonsuit as to Defendant, Dale B. Tillery was served to each person listed below by the method indicated.

_____//S//_____
J.D. MILKS

KYLE SMITH, Assistant Attorney General
Attorney for DALE B. TILLERY
P.O. Box 12548, Capitol Station
Austin, Texas 78711
TEL: 512-463-2080
FAX: 512-936-2109
By Fax

MARC D. CABRERA, LOCK LORD, LLP
Attorney for LNV CORPORATION
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
TEL: 214-740-8000
FAX: 214-740-8800
By Fax


CLAYTON E. DEVIN, MACDONALD DEVIN, P.C.
Attorney for CODILIS & STAWIARSKI, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
TEL: 214-744-3300
FAX: 214-747-0942
By Fax


PATRICIA ULLMAN
Attorney for DOVENMUELHLE MORTGAGE, INC.
1 Corporate Drive, Suite 360
Lake Zurich, Illinois 60047
TEL: 847-719-5772
FAX: 847-550-7700
Email: patricia.ullman@dmicorp.com
By Email


MARC D. CABRERA, LOCK LORD, LLP
Attorney for MGC MORTGAGE, INC.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
TEL: 214-740-8000
FAX: 214-740-8800
By Fax