# **EXHIBIT C-25**

NO. DC-14-09604

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JOANN S. BREITLING<br>Plaintiffs, | § § § § | IN THE DISTRICT COURT |
| V. | § § | 101 JUDICIAL DISTRICT |
| LNV CORPORATION, CODILIS & STAWIARSKI, P.C., DOVENMUELHLE MORTGAGE, INC., MGC MORTGAGE, INC. AND DALE B. TILLERY<br>Defendants. | § § § § § § | OF DALLAS COUNTY, TEXAS |

## ORDER RECOGNIZING NONSUIT WITHOUT PREJUDICE

On _____, the Court considered the Plaintiffs' Notice of Nonsuit Without Prejudice. The same being a matter of right for Plaintiffs, the Court signs this Order Recognizing Nonsuit Without Prejudice as to Defendant Dale B. Tillery.

Signed on: _____.

---

JUDGE PRESIDING