# **EXHIBIT C-26**

NO. <u>DC-14-09604</u>

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JOANN S. BREITLING<br>Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 101 JUDICIAL DISTRICT |
| LNV CORPORATION, CODILIS & STAWIARSKI, P.C., DOVENMUELHLE MORTGAGE, INC., MGC MORTGAGE, INC. AND DALE B. TILLERY<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | OF DALLAS COUNTY, TEXAS |

**ORDER RECOGNIZING NONSUIT WITHOUT PREJUDICE**

On Feb. 26, 2015, the Court considered the Plaintiffs' Notice of Nonsuit Without Prejudice. The same being a matter of right for Plaintiffs, the Court signs this Order Recognizing Nonsuit Without Prejudice as to Defendant Dale B. Tillery.

Signed on: 2/26/2015.

_____
JUDGE PRESIDING

---

*Cause No. DC-14-09604; Samuel Breitling and Joann Breitling v. LNV Corporation, Et Al.*
**Order Recognizing Nonsuit without Prejudice as to Defendant Dale B. Tillery**     1