# **EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JO ANN BREITLING,** | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:15-cv-703 |
| **LNV CORPORATION, ET AL.,** | § § § | |
| Defendants. | § | |

## CONSENT TO REMOVAL

Defendant Codilis & Stawiarski, P.C. hereby consents to the removal of *Samuel G. Breitling and Jo Ann Breitling v. LNV Corporation, et al.*, Cause No. DC-14-09604, from the 101st Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

/s/ Clayton E. Devin
**Clayton E. Devin**
  State Bar No. 05787700
  CDevin@MacdonaldDevin.com
**John R. Sigety**
  State Bar No. 24083853
  JSigety@MacdonaldDevin.com
**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
214.744.3300 Telephone
214.747.0942 Facsimile
**ATTORNEYS FOR CODILIS & STAWIARSKI, P.C.**