**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND** | § | |
| **JO ANN BREITLING,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | NO. 3:15-CV-00703 |
| | § | |
| **LNV CORPORATION, ET AL.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF AMENDED OBJECTION TO LNV'S REPLY IN SUPPORT OF MOTION TO DISMISS AND IN OPPOSITION TO REQUEST TO STAY STATE COURT EVICTION PROCEEDINGS**

Now come Plaintiffs, pro-se, and submit as testimony and evidence the sworn affidavit of JoAnn Breitling with evidentiary exhibits which attest to the fact that genuine issues of material fact are in dispute between the parties specific to the title of Plaintiffs' property; which Defendants illegally sold to LNV on September 2, 2014. None of these genuine issues of material fact have ever been heard or adjudicated by any court.

Respectfully Submitted,

_____           _____
JoAnn S Breitling                                            Samuel G. Breitling