IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND<br>JO ANN BREITLING,<br><br>    Plaintiffs,<br><br>vs.<br><br>LNV CORPORATION, ET AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 3:15-CV-00703 |

**MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS MGC MORTGAGE INC., CODILIS & STAWIARSKI PC AND DOVENMUHLE MORTGAGE INC.**

Now come Plaintiffs, pro-se, and motion this court to dismiss without prejudice Defendants MGC Mortgage Inc., Codilis & Stawiarski PC, and Dovenmuhle Mortgage Inc. for the following reasons:

These three parties have acted and do act as agents for LNV Corporation ("LNV") therefore any wrongdoing they committed against Plaintiffs was done under the direction of LNV; and is the responsibility of LNV.  LNV is fully culpable for the actions of their agents and LNV is the ultimate party accountable for restitution of damages caused to Plaintiffs by the actions of their agents.  Plaintiffs attempted to confer with opposing counsel but have not heard from them.

Respectfully Submitted,

_____          _____
JoAnn S Breitling                                                    Samuel G. Breitling

Respectfully submitted,

By: /s/ Jo Ann Breitling
Jo Ann Breitling, Pro Se
1704 Cornwall Ln.
Sachse, TX 75048
214-674-6572

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2015 a true and correct copy of Plaintiff's Motion to Dismiss MGC, Codilis & Stawiarski and DMI was served to all parties of record via the Court's CM/ECF system, regular mail, and/or certified mail, return receipt requested.

/s/ JoAnn Breitling
JoAnn Breitling