**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 3:15-CV-00703 |
| LNV CORPORATION, ET AL., | § § | |
| Defendants. | § § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS MGC MORTGAGE INC., CODILIS & STAWIARSKI PC AND DOVENMUHLE MORTGAGE INC.**

Having considered Plaintiffs' Motion to Dismiss without prejudice against Defendants MGC Mortgage Inc., Codilis & Stawiarski PC, and Dovenmuehle Mortgage Inc. the Court finds that the Motion should be, and hereby is, GRANTED. It is therefore:

ORDERED, ADJUDICATED, AND DECREED that the Motion is GRANTED, and Defendants MGC Mortgage Inc., Codilis & Stawiarski PC, and Dovenmuehle Mortgage Inc. are hereby and hereafter dismissed without prejudice from this action.

Signed this _____ day of _____2014.

_____
United States District Judge Jane Boyle