IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 3:15-CV-00703 |
| LNV CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

## NOTICE OF RELATED CASE

Pursuant to Local Rules 3.3 and 8.1.1(a)(3), Plaintiffs file this Notice of Related Case, and respectively show the court as follows:

A related case existed as *LNV Corporation v. Breitlings et al*, Civil Cause DC-14-04053 in the Dallas County District Court in the 134th Judicial District, filed on April 15, 2014. Judge Dale B. Tillery presided over this case.

Plaintiffs' constitutional rights to due process and equal protection of the law under the Fifth and the Fourteenth Amendments to the United States Constitution and under the Texas Constitution were violated in the proceedings of this case; and such violation resulted in a wrongful foreclosure and an illegal sale of Plaintiffs' property by LNV Corporation and to LNV Corporation.

This related case is the cause for Plaintiffs' complaint against LNV originally filed on August 29, 2014 as *Breitlings v. LNV Corporation et al*, Civil Cause DC-14-09604 in the Dallas County

District Court in the 101st Judicial District; now removed for the second time to the United States District Court for the Northern District of Texas, Dallas Division by Defendants, i.e. the present case before this court.

Defendants have twice now thwarted timely adjudication of Plaintiffs' claims in the Texas court where Plaintiffs' choose to file their original petition through two frivolous removals to federal court; and in so doing have intentionally harmed Plaintiffs. Other related cases are the present case (second removal) and *Breitling et al. v. LNV Corporation et al.*, Civil Action No. 3:14-cv-3322-M, in the United States District Court for the Northern District of Texas, Dallas Division (the "Related Case"), before United States District Judge Barbara M. G. Lynn and United States Magistrate Judge David L. Horan. The Related Case was remanded back to state court January 27, 2015. See Related Case, Doc. No. 60.

Respectfully Submitted,

_____
JoAnn S Breitling

_____
Samuel G. Breitling

Respectfully submitted,

By: /s/ Jo Ann Breitling
Jo Ann Breitling, Pro Se
1704 Cornwall Ln.
Sachse, TX 75048
214-674-6572

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2015 a true and correct copy of Plaintiff's Notice of Related Case was served to all parties of record via the Court's CM/ECF system, regular mail, and/or certified mail, return receipt requested.

/s/ JoAnn Breitling
JoAnn Breitling