# Exhibit B-2

TO PLAINTIFFS' NOTICE OF CONSTITUTIONAL QUESTIONS

DOVENMUEHLE MORTGAGE, INC.

By: _____
Edward Bagdon, Its Assistant Vice President

From 1993 instrument

DOVENMUEHLE MORTGAGE, INC., A Delaware Corporation

By: _____
Edward Bagdon, Its Assistant Vice President

From 1993

DOVENMUEHLE MORTGAGE, INC., A Delaware Corporation

By: _____
Edward Bagdon, Its Assistant Vice President

From 1994

AMSOUTH BANK SUCCESSOR BY MERGER FIRST AMERICAN NATIONAL BANK

BY: _____
EDWARD J. BAGDON, Vice President

BY: _____
BRUCE E. BORSOM, Vice President

From 2000

PEOPLES BANK AND TRUST FORMERLY KNOWN AS NEW SOUTH BANK FOR SAVINGS

BY: _____
EDWARD J. BAGDON, Assistant Vice President

BY: _____
WILLIAM B. CORCORAN, Assistant Secretary

From 2000

PEOPLES BANK AND TRUST, FORMERLY
KNOWN AS NEW SOUTH BANK FOR SAVINGS BY
DOVENMUEHLE MORTGAGE, INC., ITS
ATTORNEY-IN-FACT (POA RECORDED ON
9/27/1999, IN BOOK 82, AND PAGE 737.)

BY: _____
    EDWARD J. BAGDON, Assistant Vice President

BY: _____
    WILLIAM B. CORCORAN, Assistant Secretary

From 2000

PEOPLES BANK AND TRUST, FORMERLY
KNOWN AS NEW SOUTH BANK FOR SAVINGS BY
DOVENMUEHLE MORTGAGE, INC., ITS
ATTORNEY-IN-FACT (POA RECORDED ON
9/27/1999, IN BOOK 82, AND PAGE 737.)

BY: _____
    EDWARD J. BAGDON, Assistant Vice President

BY: _____
    WILLIAM B. CORCORAN, Assistant Secretary

From 2000

PEOPLES BANK AND TRUST, FORMERLY
KNOWN AS NEW SOUTH BANK FOR SAVINGS BY
DOVENMUEHLE MORTGAGE, INC. ITS
ATTORNEY IN FACT, (POA RECORDED 9/27/99,
BK 82, PG 737)

BY: _____
    EDWARD J. BAGDON, Assistant Vice President

BY: _____
    WILLIAM B. CORCORAN, Assistant Secretary

From 2000

Dovenmuehle Mortgage, Inc. as attorney- in Fact for
The Peoples Bank and Trust Company for DeSoto
county, recorded 09/24/99 in book 82, page 737.

On February 09, 2001

By : _____
Edward J. Bagdon, Asst. Vice
President
STATE OF Illinois
COUNTY OF Cook

---

DOVENMUEHLE MORTGAGE, INC., AS ATTORNEY-IN-FACT FOR
THE PEOPLES BANK AND TRUST COMPANY FOR DESOTO
COUNTY, MS  RECORDED 09/27/99, BOOK 82, PAGE 737.

On December 12, 2001

By : _____
Edward J. Bagdon Asst. Vice
President
STATE OF Illinois
COUNTY OF Cook

---

Peoples Bank and Trust, formerly known as New South
Bank for Savings by Dovenmuehle Mortgage, Inc. its
Attorney in Fact Neshoba County Recorded 09/27/1999
Book A-237 Page

On December 01, 2000

By : _____
Edward J. Bagdon, Asst. Vice
President
STATE OF Illinois
COUNTY OF Cook

---

DOVENMUEHLE MORTGAGE, INC., AS ATTORNEY-IN-FACT FOR
THE PEOPLES BANK AND TRUST COMPANY FOR DESOTO
COUNTY, MS  RECORDED 09/27/99, BOOK 82, PAGE 737.

On February 28, 2002

By : _____
Edward J. Bagdon Asst. Vice
President
STATE OF Illinois
COUNTY OF Cook

Sworn to and subscribed on 2/28/2002 before me, Greg
Public in and for the County of Cook, State of Illinois.

---

THE PEOPLES BANK AND TRUST COMPANY, S/B/M NEW SOUTH
BANK, S.B., F/K/A NEW SOUTH BANK FOR SAVINGS,
F.S.B., BY DOVENMUEHLE MORTGAGE, INC., AS
ATTORNEY-IN-FACT FOR DESOTO COUNTY, MS, PURSUANT TO
A POWER OF ATTORNEY RECORDED ON 09/27/99, IN BOOK
82, PAGE 737

On June 06, 2002

By : _____
Edward J. Bagdon Asst. Vice
President
STATE OF Illinois
COUNTY OF Cook

Sworn to and subscribed on 6/6/2002 before me, Greg
Public in and for the County of Cook, State of Illinois

---

AMSOUTH BANK

On February 07, 2002

By : _____
Edward J. Bagdon Vice President
STATE OF Illinois
COUNTY OF Cook

CAROLINA FIRST BANK

On January 31, 2003

By : _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Cook

---

DOVENMUEHLE MORTGAGE, INC., AS ATTORNEY-IN-FACT FOR THE PEOPLES BANK AND TRUST COMPANY DESOTO COUNTY, MS, RECORDED ON 9/27/99, BOOK 82, PAGE 737

On May 30, 2003

By : _____
Edward J. Bagdon Asst. Vice President

STATE OF Illinois
COUNTY OF Cook

---

IN WITNESS WHEREOF, the undersigned, by the of duly Executed as a free act and deed the

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)

On December 05, 2003

By : _____
Edward J. Bagdon Certifying Officer

STATE OF Illinois
COUNTY OF Cook

---

CAROLINA FIRST BANK

On January 31, 2003

By : _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Cook

---

ALLEGACY FEDERAL CREDIT UNION, F/K/A REYNOLDS CAROLINA FEDERAL CREDIT UNION

By : _____
Edward J. Bagdon Vice President

al this 22nd day of January ,
otary Public in and for the County of Cook,
ppeared Edward J. Bagdon Vice President of

---

PEOPLE'S BANK AND TRUST COMPANY, F/K/A NEW SOUTH BANK FOR SAVINGS, BY DOVENMUEHLE MORTGAGE, INC., ITS ATTORNEY-IN-FACT, AS RECORDED FOR DESOTO COUNTY, MS, RECORDED 9/27/1999, BOOK 82, PAGE 737.

On June 01, 2004

By : _____
Edward J. Bagdon Asst. Vice President

STATE OF Illinois
COUNTY OF Cook

DOVENMUEHLE MORTGAGE, INC., AS ATTORNEY-IN-FACT F
THE PEOPLES BANK AND TRUST COMPANY DESOTO COUNTY,
MS, RECORDED ON 9/27/99, BOOK 82, PAGE 737.

On March 19, 2004

By: _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Cook

Sworn to and subscribed on 3/19/2004, before me,
Notary Public in and for the County of Cook, Sta

---

ALLEGACY FEDERAL CREDIT UNION, F/K/A
REYNOLDS CAROLINA FEDERAL CREDIT
UNION

By: _____
Edward J. Bagdon Vice President

this 13th day of May 2004,
Notary Public in and for the County of Cook,
 eared Edward J. Bagdon Vice President of

---

ZIONS FIRST NATIONAL BANK

On March 03, 2004

By: _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Cook

---

'IRST BANK, RECORDED 11/20/2001 IN BOOK

CAROLINA FIRST BANK

By: _____
Edward J. Bagdon Vice President

BOOK :   PAGE :   INSTRUMENT NO. : 161037

STATE : Idaho   COUNTY : TETON

ZIONS FIRST NATIONAL BANK, NA

On March 21, 2005

By : _____
Edward J. Bagdon Vice President

---

executed by their duly authorized officers.

ZIONS FIRST NATIONAL BANK, NA   167322

On March 21, 2005

By : _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Cook

---

IN WITNESS WHEREOF, Allied Home Mortgage Corporation has caused this instrumer to be executed by its duly authorized officers the 13th day of September, 2005

ALLIED HOME MORTGAGE CORPORATION

BY: _____
Edward J. Bagdon, Vice President

---

IN WITNESS WHEREOF , the undersigned , by the duly Executed as a free act and deed th

MATRIX FINANCIAL SERVICES CORPORATION

On January 18, 2006

By : _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Cook

---

DOVENMUEHLE MORTGAGE COMPANY, L.P.,
BY DOVENMUEHLE MORTGAGE, INC. ITS
By : GENERAL PARTNER 1501 WOODFIELD RD
SUITE 400E, SCHAUMBURG, IL. 60173

_____
Edward J. Bagdon Vice President

10/31/2005 Yesenia Alonzo-Nino, a Notary
ook, State of Illinois, personally appeared
DOVENMUEHLE MORTGAGE COMPANY, L.P., BY

Signed this 23 day of March, 2006.

MATRIX FINANCIAL SERVICES CORPORATION

By _____
Typed name: Edward J. Bagdon
Position: Vice President

STATE OF ILLINOIS, COOK COUNTY, SS:

ALLEGACY FEDERAL CREDIT UNION

By : _____
Edward J. Bagdon Vice President

n 6/21/07 , Geraldine Bolosky, a Notary
ake, State of Illinois, personally appeared
f ALLEGACY FEDERAL CREDIT UNION, personally

TIB - THE INDEPENDENT BANKERSBANK

On August 27, 2007

By : _____
Edward J. Bagdon Vice President

IN WITNESS WHEREOF , the undersigned , by the off
Executed as a free act and deed the forego

AMEGY MORTGAGE COMPANY, L.L.C.

On September, 18, 2007

By : _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Lake

Mortgage Electronic Registration Systems, Inc. as
nominee for the beneficial owner
Mortgage Access Corp. d/b/a Weichert Financial
Services

On May 21, 2008

By : _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Lake

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS SOLE
NOMINEE FOR THE BENEFICIAL OWNER AMERICAN NATIONAL BANK
DBA LEADER FINANCIAL SERVICES

On August 11, 2008

By : _____
    Edward J. Bagdon Authorized Signer

STATE OF Illinois
COUNTY OF Lake

rtificate of Satisfaction be recorded and
ent be canceled of record.

ALLEGACY FEDERAL CREDIT UNION

By : _____
    Edward J. Bagdon Vice President

ABOVE SAID MORTGAGE WAS RE-RECORDED ON 11/08/2007 UNDER DOC#2007064753 00138
BK 2794 PG 2969.

ALLEGACY FEDERAL CREDIT UNION

( CORPORATE )
(   SEAL    )        By : _____
                         Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Lake

Personally appeared before me on 9/26/08, GERALDINE BOLOSKY, a Notary
Public in and for the County of Lake, State of Illinois, personally appeared
Edward J. Bagdon Vice President of ALLEGACY FEDERAL CREDIT UNION, personally

ALLEGACY FEDERAL CREDIT UNION

By : _____
    Edward J. Bagdon Vice President

on 4/13/2009, Yesenia Alonzo-Nino, a Notary
f Lake, State of Illinois, personally appeared
t of ALLEGACY FEDERAL CREDIT UNION, personally

ALLEGACY FEDERAL CREDIT UNION, F/K/A
REYNOLDS CAROLINA FEDERAL CREDIT
By : UNION 1 CORPORATE DRIVE SUITE 360
     LAKE ZURICH IL 60047
     _____
     Edward J. Bagdon Vice President

on 04/21/2010 O. Yavnoshan, a Notary Public
State of Illinois, personally appeared Edward

Case 3:15-cv-00703-B Document 37-4 Filed 06/01/15 Page 10 of 12 PageID 1718



MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS SOLE NOMINEE FOR THE BENEFICIAL OWNER NEW DAY FINANCIAL, LLC.

By: _____
Edward J. Bagdon Vice President

on 01-11-2012, Yesenia Alonzo-Nino, a Notary
Lake, State of Illinois, personally appeared

---

FEDERAL NATIONAL MORTGAGE ASSOCIATION, BY DOVENMUEHLE MORTGAGE, INC., A DELAWARE CORPORATION, AS ITS ATTORNEY IN FACT, PURSUANT TO A POWER OF ATTORNEY TO BE RECORDED CONCURRENTLY WITH THE RELEASE IN DESOTO COUNTY STATE OF MISSISSIPPI

On March 16, 2011

By: _____
Edward J. Bagdon Vice President

---

IN WITNESS WHEREOF, the undersigned, by the officer duly authorized, has duly Executed as a free act and deed the foregoing instrument.

MUTUAL OF OMAHA BANK

On January 11, 2011

By: _____
Edward J. Bagdon Authorized Signer

STATE OF Illinois
COUNTY OF Lake

(CORPORATE SEAL)

Sworn to and subscribed on 1/11/2011, before me, Yesenia Alonzo-Nino, a Notary Public in and for the County of Lake, State of Illinois, Edward J. Bagdon Authorized Signer of MUTUAL OF OMAHA BANK personally appeared, personally known to me (or proved

---

MUTUAL OF OMAHA BANK

On May 08, 2012

By: _____
Edward J. Bagdon Authorized Signer

STATE OF Illinois
COUNTY OF Kane

---

(CORPORATE SEAL)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS SOLE NOMINEE FOR THE BENEFICIAL OWNER NEW DAY FINANCIAL, LLC.

By: _____
Edward J. Bagdon Vice President

STATE OF Illinois
COUNTY OF Lake

Personally appeared before me on 01-11-2012, Yesenia Alonzo-Nino, a Notary Public in and for the County of Lake, State of Illinois, personally appeared Edward J. Bagdon Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS SOLE NOMINEE FOR THE BENEFICIAL OWNER NEW DAY FINANCIAL, LLC.,

IN WITNESS WHEREOF, the undersigned, by the officer duly
Executed as a free act and deed the foregoing inst

MUTUAL OF OMAHA BANK

On March 21, 2012

By : _____
    Edward J. Bagdon Authorized Signer

STATE OF Illinois
COUNTY OF Kane

MUTUAL OF OMAHA BANK

On May 08, 2012

By : _____
    Edward J. Bagdon Authorized Signer

STATE OF Illinois
COUNTY OF Kane

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS
NOMINEE FOR THE BENEFICIAL OWNER LNV CORPORATION

On July 30, 2012

By : _____
    Edward J. Bagdon Asst. Secretary

ALLEGACY FEDERAL CREDIT UNION

By : _____
    Edward J. Bagdon Vice President

6-11-13, Laura Dugger, a Notary Public
e of Illinois, personally appeared Edward

rolina, in Book 1830, Page 1004, was
ted that this Certificate of Satisfaction be
security instrument be canceled of record.

ALLEGACY FEDERAL CREDIT UNION

By : _____
    Edward J. Bagdon Vice President

7-1-13, Laura Dugger, a Notary Public
ate of Illinois, personally appeared Edward
ACY FEDERAL CREDIT UNION, personally known to

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., whose address is P.O.
By : BOX 2026, FLINT, MI 48501-2026
_____
Edward J. Bagdon Asst. Secretary

10-10-13, Laura Dugger, a Notary Public
e of Illinois, personally appeared Edward

(CORPORATE SEAL)

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., whose address is P.O.
By : BOX 2026, FLINT, MI 48501-2026
_____
Edward J. Bagdon Asst. Secretary

STATE OF Illinois
COUNTY OF Lake

ON 2/24/14, before me, ANTOINETTE M. DOLECKI, a Notary Public in and for
the County of Lake, State of Illinois, personally appeared Edward J. Bagdon