## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JO ANN BREITLING,** | § § § | |
| **Plaintiffs,** | § § | |
| **vs.** | § § | **CIVIL ACTION NO. 3:15-cv-00703-B** |
| **LNV CORPORATION, ET AL.,** | § § | |
| **Defendants.** | § § | |

## ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Plaintiffs Samuel G. Breitling and JoAnn Breitling's ("Plaintiffs") Motion to Dismiss Without Prejudice Defendants MGC Mortgage Inc., Codilis & Stawiarski PC and Dovenmuhle Mortgage Inc. (Doc. No. 33) (the "Motion to Dismiss Without Prejudice"). Upon consideration, the Court finds that the Plaintiffs' Motion to Dismiss Without Prejudice lacks merit and should be, and hereby is, **DENIED**.  It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion to Dismiss Without Prejudice is hereby **DENIED**.

Signed this the _____ day of _____ 2015.

_____
UNITED STATES DISTRICT JUDGE