# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND JO ANN BREITLING,** | § § § § § | |
| **Plaintiffs,** | § | |
| vs. | § | **CIVIL ACTION NO. 3:15-cv-00703-B** |
| **LNV CORPORATION, ET AL.,** | § § § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiffs Samuel G. Breitling and JoAnn Breitling's ("Plaintiffs") Motion to Dismiss Without Prejudice Defendants MGC Mortgage Inc., Codilis & Stawiarski PC and Dovenmuhle Mortgage Inc. (Doc. No. 33), it is

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiffs asserted or could have asserted against Defendants MGC Mortgage, Inc. and Dovenmuehle Mortgage, Inc. in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, **ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

Signed this the _____ day of _____ 2015.

_____
UNITED STATES DISTRICT JUDGE