IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 3:15-CV-00703 |
| LNV CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

### PLAINTIFF'S MOTION TO WITHDRAW MOTION TO REMAND

Plaintiffs incorporate herein all their pleadings in the following related cases:

1. *LNV Corporation v. Breitlings et al*, Civil Cause DC-14-04053 in the Dallas County District Court in the 134th Judicial District, filed on April 15, 2014

2. *Breitlings v. LNV Corporation et al*, Civil Cause DC-14-09604 in the Dallas County District Court in the 101st Judicial District, filed on August 29

3. *Breitling et al. v. LNV Corporation et al.*, Civil Action No. 3:14-cv-3322-M (first removal by Beal entities)

4. *LNV Corporation v. Breitlings et al*, Civil Cause No. 05-15-0677-CV in the Court of Appeals for the Fifth District of Texas at Dallas, filed on or around May 27, 2015

5. *LNV Corporation v. Breitlings et al*, Civil Cause No. JD15-00071C in the Justice of the Peace Court Number 2 in Garland Texas, Judge Gerry Cooper

6. *LNV Corporation v. Breitlings et al*, Civil Cause No. CC-15-00911-C in the County Courts at Law Number 3 in Dallas County, Judge Sally Montgomery

Plaintiffs herein remind Honorable Judge Jane Boyle that she took the following oath of office pursuant to 28 U.S.C. § 453:

> *"I, Jane Boyle, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me*

> *as a United States District Judge under the Constitution and laws of the United States. So help me God."*

Plaintiffs, JoAnn and Samuel Breitling, respectively move the court as follows:

Plaintiffs withdraw their motion to remand. They have constitutional questions and seek the jurisdiction of the federal court which has original jurisdiction over constitutional questions.

Respectfully Submitted,

_____  
JoAnn S Breitling

_____  
Samuel G. Breitling

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record and pro-se parties via the Court's CM/ECF system, email, and/or regular mail, and/or certified mail with return receipt requested; and that a correct copy of the foregoing document was served upon The United States Attorney General and the Texas Attorney General at the addresses below:

Attorney General of Texas,
Ken Paxton
P.O. Box 12548
Austin, Texas 78711

Marc Cabera, Jason Sanders,
Robert Mowery
Locke Lord LLP
2200 Ross Ave, # 2200
Dallas, TX 75201

Macdonald Devin, PC
Codilis & Stawiarski
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

U. S. Department of Justice,
Loretta Lynch,
U. S. Attorney General
950 Pennsylvania Ave NW
Washington, DC  20530

_____
JoAnn S Breitling

_____
Samuel G. Breitling

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL G. BREITLING AND** | § | |
| **JO ANN BREITLING,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **NO. 3:15-CV-00703** |
| | § | |
| **LNV CORPORATION, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS MGC MORTGAGE INC., CODILIS & STAWIARSKI PC AND DOVENMUHLE MORTGAGE INC.**

Having considered Plaintiffs' Motion to withdraw their earlier motion to remand the Court finds that the Motion should be, and hereby is, GRANTED. It is therefore:

ORDERED, ADJUDICATED, AND DECREED that the Motion is GRANTED.

Signed this _____ day of _____2015.

_____
United States District Judge Jane Boyle