**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL G. BREITLING, ET AL.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:15-cv-00703-B |
| | § | |
| **LNV CORPORATION, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO RECONSIDER

Before the Court is Plaintiffs Samuel G. Breitling and JoAnn Breitling's Motion to Reconsider Motion to Vacate Judge Tillery's Void Order (Doc. No. 83) (the "Motion to Reconsider"). Upon consideration, the Court finds that the Motion to Reconsider lacks merit and should be, and hereby is, **DENIED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Reconsider is hereby **DENIED**.

Signed this the _____ day of _____ 2015.

_____
UNITED STATES DISTRICT JUDGE