# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:15-cv-00703-B |
| | § | |
| LNV CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO DISQUALIFY

Before the Court is Plaintiffs Samuel G. Breitling and JoAnn Breitling's Motion for Disqualification of Honorable Jane J. Boyle (Doc. No. 86) (the "Motion to Disqualify"). Upon consideration, the Court finds that the Motion to Disqualify lacks merit and should be, and hereby is, **DENIED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Disqualify is hereby **DENIED**.

Signed this the _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE