IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § |
| Plaintiffs, | § § § |
| vs. | §  CIVIL ACTION NO. 3:15-cv-00703-B |
| LNV CORPORATION, ET AL., | § § § |
| Defendants. | § |

### DEFENDANT CODILIS & STAWIARSKI, P.C.'S JOINDER IN DEFENDANT LNV CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Codilis & Stawiarski, P.C. joins LNV Corporation's Response in Opposition to Plaintiffs' Motion to Disqualify [Dkt. 89]:

**I.**

1. Plaintiffs are unhappy with certain rulings by the Court. They have been equally unhappy with rulings by all of the Courts which have addressed the claims and issues raised by Plaintiffs in this cause, and several related cases. Unhappiness is not a viable basis to recuse a sitting Federal Judge.

2. For the reasons stated in Defendant LNV Corporation's Response in Opposition to Motion to Disqualify, the Plaintiffs' Motion for Disqualification of Honorable Jane J. Boyle [Dkt. 86] should be denied.

## II.

## PRAYER

Defendant Codilis & Stawiarski, P.C. prays that the Court deny Plaintiffs' Motion for Disqualification of Honorable Jane J. Boyle, and for general relief.

Respectfully submitted,

**MACDONALD DEVIN, P.C.**

By: _____/s/ Clayton E. Devin_____
**CLAYTON E. DEVIN**
State Bar No. 05787700
cdevin@macdonalddevin.com

3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
214.744.3300
214.747.0942 (Facsimile)

**ATTORNEYS FOR DEFENDANT CODILIS & STAWIARSKI, PC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record and pro se parties *via the Court's CM/ECF system, regular mail, and/or certified mail, return receipt requested* on this 6th day of January, 2016.

_____/s/ Clayton E. Devin_____