**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL G. BREITLING, ET AL.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:15-cv-00703-B |
| | § | |
| **LNV CORPORATION, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING MOTION TO FOR LEAVE TO AMEND**

Before the Court is Plaintiffs Samuel G. Breitling and JoAnn Breitling's Motion for Leave of the Court to File Plaintiffs' First Amended Complaint (Doc. No. 85) (the "Motion for Leave to Amend"). Upon consideration, the Court finds that the Motion for Leave to Amend lacks merit and should be, and hereby is, **DENIED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion for Leave to Amend is hereby **DENIED**.

Signed this the \_\_\_\_\_ day of _____ 2016.

UNITED STATES DISTRICT JUDGE