IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:15-cv-00703-B |
| LNV CORPORATION, ET AL., | § § § | |
| Defendants. | § | |

## APPENDIX

Defendant LNV Corporation ("Defendant") hereby files this Appendix in Support of Response to Motion for Leave (the "Appendix"), consisting of the exhibits:

| Exhibit | Description | App. No. |
|---|---|---|
| Exhibit 1 | Original Petition | App. 001-019 |
| Exhibit 2 | Letter | App. 020-025 |
| Exhibit 3 | Motion to Vacate Void Order for Summary Judgment Favoring LNV | App. 026-060 |
| Exhibit 4 | Motion for Injunctive Relief or Alternatively for Relief by Vacating Void Court Order and to Set Aside Illegal Sale of Plaintiffs' Property | App. 061-109 |
| Exhibit 5 | Supplement Opposing Plaintiff's Motion for Summary Judgment | App. 110-123 |
| Exhibit 6 | Motion to Vacate Order for Summary Judgment Favoring LNV in Foreclosure Action and to Void the Sale of Our Property to LNV | App. 124-162 |
| Exhibit 7 | Trustee's Deed | App. 163-166 |
| Exhibit 8 | Dallas Central Appraisal District 2014 Valuation | App. 167-178 |

Respectfully submitted,

/s/   Marc D. Cabrera
**Robert T. Mowrey**
  State Bar No. 14607500
  rmowrey@lockelord.com
**Jason L. Sanders**
  State Bar No. 24037428
  jsanders@lockelord.com
**Marc D. Cabrera**
  State Bar No. 24069453
  mcabrera@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
T: (214) 740-8000
F: (214) 740-8800

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record and pro se parties *via the Court's CM/ECF system and/or certified mail, return receipt* requested on this 6th day of January 2016.

 /s/   Marc D. Cabrera
Counsel for Defendant