IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND<br>JO ANN BREITLING<br><br>  Plaintiffs,<br><br>vs.<br><br>LNV CORPORATION et al;<br>CODILIS & STAWIARSKI P.C.;<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>NO. 3:15-CV-00703<br><br>ORDER GRANTING PLAINTIFFS<br>MOTION TO SEVER AND<br>REMAND<br><br>**JURY TRIAL DEMANDED** |

ORDER GRANTING MOTION TO SEVER AND REMAND

ON THIS DAY, came on for consideration Plaintiffs Samuel G. and JoAnn Breitling Motion to sever the Defendants LNV Corporation ("LNV") and Codilis & Stawiarski ("Codilis") and remand LNV back to the Dallas County District Court of Texas while retaining federal jurisdiction of Plaintiffs' federal Fair Debt Collection Practices claims against Codilis.

Upon consideration, the Court finds that the Motion should be **GRANTED.**

**ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED** as to Plaintiffs' request to sever the Defendant LNV and remand Plaintiffs' State claims against LNV.

Signed this the _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE