# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:15-cv-00703-B |
| | § | |
| LNV CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO SEVER AND REMAND

Before the Court is Plaintiffs Samuel G. Breitling and JoAnn Breitling's Motion to Sever and Remand (Doc. No. 102) (the "Motion to Sever and Remand"). Upon consideration, the Court finds that the Motion to Sever and Remand lacks merit and should be, and hereby is, **DENIED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Sever and Remand is hereby **DENIED**.

Signed this the _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE