IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND<br>JO ANN BREITLING<br><br>Plaintiffs,<br><br>vs.<br><br>LNV CORPORATION et al;<br>CODILIS & STAWIARSKI P.C.;<br>DOES 1 TO 50<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 3:15-CV-00703<br><br>PLAINTIFFS' RULE 59(e)<br>MOTION TO AMEND<br><br><br><br>**JURY TRIAL DEMANDED** |

PLAINTIFFS' RULE 59(e) MOTION TO AMEND ORDERS REFERENCED IN
PLAINTIFFS' RULE 52 MOTION (DOC. 142)

1  Here comes Plaintiffs, Samuel and JoAnn Breitling, self represented, and move this court

2  pursuant to Rule 59(e) to amend the judgments/orders referenced in Plaintiffs' Rule 52 Motion

3  questioning the evidentiary support for fact finding in final Order and to Amend or Alter

4  accordingly (Doc. 142).

Respectfully Submitted,

_____          _____
JoAnn S. Breitling                 Samuel G. Breitling

5

**CERTIFICATE OF SERVICE**

Plaintiffs hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record and pro-se parties via the Court's CM/ECF system, email, and/or regular mail, and/or certified mail with return receipt as listed below:

| | |
|---|---|
| Marc Cabera, Jason Sanders, | Macdonald Devin, PC |
| Robert Mowery | Codilis & Stawiarski |
| Locke Lord LLP | 3800 Renaissance Tower |
| 2200 Ross Ave, # 2200 | 1201 Elm Street |
| Dallas, TX 75201 | Dallas, TX 75270 |